

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00571-CR

Lawrence Steele **TERRILL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 10-04-10391-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Appellant's brief was due on October 13, 2014. We granted Appellant's first motion for extension of time to file the brief until November 12, 2014. On the due date, Appellant filed a second motion for extension of time to file the brief until January 12, 2014, for a total extension of ninety days.

Appellant's second motion for extension of time to file his brief is GRANTED IN PART. Appellant's brief must be filed with this court by December 12, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2014.

Keith E. Hottle
Clerk of Court